Peyton Lee, OSB #164224
Assistant Federal Public Defender
Email: peyton_lee@fd.org
Mark Ahlemeyer, OSB # 095997
Assistant Federal Public Defender
Email: mark_ahlemeyer@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00078-IM-1 |
| Plaintiff, | |
| v. | DECLARATION OF COUNSEL IN SUPPORT OF THIRD UNOPPOSED MOTION TO CONTINUE TRIAL |
| RUOYU DUAN, | |
| Defendant. | |

I, Peyton Lee, being duly sworn, hereby depose and say:

1.      I am one of the attorneys of records for the defendant, Ruoyu Duan, in the above-captioned case.

2.      Mr. Duan is charged with one count of conspiracy, one count of bribery of a public official, and one count of receipt of stolen government property.  Mr. Duan is in custody.

3.      Trial in this matter is currently set for Tuesday, November 25, 2025. This is the third motion to continue the trial date in this case.

Page 1 –  Declaration of Counsel in Support of Third Unopposed Motion to Continue Trial

4.      The defense received voluminous discovery in this case (over 40,000 pages in addition to substantial digital discovery). The defense is still analyzing discovery, as well as records it is collecting independently, many of which require translation from Chinese. In addition, the defense is working with experts who have not complete their work. In summary, the defense still needs additional time to review discovery, conduct investigation, consult with Mr. Duan, and otherwise adequately prepare for trial.

5.      Denial of a continuance would deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(A).

6.      The government, through Assistant United States Attorney Katherine A. Rykken and Assistant United States Attorney Geoffrey A. Barrow, does not oppose this motion.

7.      I have spoken with Mr. Duan and explained his rights under the Speedy Trial Act. Mr. Duan waives his rights under the Speedy Trial Act for purposes of a continuance of the current trial date for approximately 120 days and agrees this continuance constitutes excludable delay pursuant to 18 U.S.C. § 3161(h)(7)(A).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 29, 2025.

*/s/ Peyton Lee*
Peyton Lee, OSB #164224

Page 2 –  Declaration of Counsel in Support of Third Unopposed Motion to Continue Trial