**MICHELLE HOLMAN KERIN**, OSB No. 965278
michelle@angelicalfo.com
ANGELI & CALFO LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant Li Tian*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LI TIAN,<br><br>Defendant. | Case No. 3:25-cr-00078-IM<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND WAIVER OF SPEEDY TRIAL** |

Defendant Li Tian, through counsel Michelle Holman Kerin, moves to continue the trial currently scheduled for July 21, 2026, for approximately 90 days to October 20, 2026, or a date thereafter convenient to the Court and parties herein. This motion is made for the purpose of preparing for trial, or other case resolution. Assistant United States Attorney Geoff Barrow does not oppose this continuance request. The reason for this request is the government continues to produce voluminous discovery that must be reviewed and counsel needs additional time to prepare for trial or other resolution.

//

//

//

PAGE 1 – **MOTION TO CONTINUE TRIAL DATE AND WAIVER OF SPEEDY TRIAL**

Counsel spoke to defendant and defendant understands his rights under the Speedy Trial Act and Constitution. Defendant consents to waive his right to a speedy trial and agrees that the 91-day continuance constitutes excludable delay pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED this 23rd day of June 2026.

Respectfully submitted,

s/ Michelle Holman Kerin

**ANGELI & CALFO LLC**
**MICHELLE HOLMAN KERIN**
OSB No. 965278

*Attorneys for Defendant Li Tian*

PAGE 2 – **MOTION TO CONTINUE TRIAL DATE AND WAIVER OF SPEEDY TRIAL**